**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-7339**

---

CHARLES EVERETTE HINTON,

             Plaintiff - Appellant,

      v.

MICHAEL W. HENDERSON; TERESA BROADWAY; ANDREW RUDGERS,
Probation Officer,

             Defendants - Appellees,

      and

PETER S. GILCHRIST; JOHN DOE,

             Defendants.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert J. Conrad,
Jr., Chief District Judge. (3:10-cv-00505-RJC-DLH)

---

Submitted: February 9, 2012        Decided: February 14, 2012

---

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Charles Everette Hinton, Appellant Pro Se. Sean Francis Perrin,
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North
Carolina; Oliver Gray Wheeler, OFFICE OF THE ATTORNEY GENERAL OF
NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Everette Hinton seeks to appeal the district court's order dismissing Michael Henderson from his 42 U.S.C. § 1983 (2006) action and denying his motion for default judgment against Teresa Broadway. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Hinton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED